No. 581. GREAT AMERICAN INSURANCE Co. *v.* COMPANHIA DE NAVEGACAO LLOYD BRASILEIRO; and
No. 585. COMPANHIA DE NAVEGACAO LLOYD BRASILEIRO *v.* GREAT AMERICAN INSURANCE Co. ET AL. December 23, 1940. Petitions for writs of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs.*

716

*Forrest E. Single* and *Chauncey I. Clark* for the Great American Insurance Co. *Messrs. Frank J. McConnell, T. Catesby Jones,* and *Leonard J. Matteson* for Companhia de Navegacao. Reported below: 114 F. 2d 361.